UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

        Petitioner,

v.

US SECRETARY OF DEFENSE,

        Respondent.

Case No. C13-162-MJP

**ORDER DIRECTING CLERK TO RETURN DOCUMENTS AND TO STRIKE ANY PENDING MOTIONS AS MOOT**

The Court, having reviewed petitioner's application to proceed *in forma pauperis*, the proposed habeas petition, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

1. The Report and Recommendation is **ADOPTED**;

2. The Clerk shall **RETURN** petitioner's recent submissions without filing them and **STRIKE** any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

3. The Clerk shall close this case and send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this  16  day of  April , 2013.

MARSHA J. PECHMAN
Chief United States District Judge

ORDER DIRECTING CLERK TO RETURN DOCUMENTS AND TO
STRIKE ANY PENDING MOTIONS AS MOOT- 1